**Opinion issued December 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00148-CV

————————————

**CITY OF NASSAU BAY, TEXAS, Appellant**

**V.**

**H. RAY BARRETT AND 1438 KINGTREE LANE, Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-10661**

---

## MEMORANDUM OPINION

The parties, representing that all matters at issue have been fully compromised and settled, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.